JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FNTV, LLC, | Case No. 2:23-cv-01019-PA-AGR |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| 12:05 AM Productions, LLC, | |
| Defendant. | |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff FNTV, LLC and Defendant 12:05 AM Productions, LLC, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: July 12, 2023

_____
Percy Anderson
United States District Judge